**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA**

**VERSUS**                                                          **CRIMINAL ACTION NO. 4:06CR39**

**THOMAS CRUDUP, JR.**

## ORDER

This cause is before the court on defendant Crudup's Motion for Continuance [27]. The Court, having reviewed the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

The trial of this matter is currently set for June 19, 2006. Counsel for the defendant represents in the motion that he needs additional time to complete an adequate review of discovery material. Defendant's counsel seeks a continuance in order to permit an adequate inspection of the material and in order to ensure proper attention to preparation of pretrial motions and for trial. The government does not oppose the requested continuance.

These circumstances enable the Court to exclude, pursuant to 18 U.S.C. § 3161(h)(8)(A), the period of delay from June 19, 2006 until the new trial date to be set in this matter.

IT IS, THEREFORE, ORDERED AND ADJUDGED that

1.   The defendant's Motion for Continuance [27] is GRANTED;

2.   That the trial of this matter is continued as to all defendants until Monday, July 31, 2006 at 9:00 a.m. in the United States District Courthouse in Greenville, Mississippi; multiple voir dire is to be held at the same time and place;

3. That the delay from June 19, 2006 until July 31, 2006 is excluded as set out above;

4. That the deadline for filing pretrial motions is July 10, 2006;

5. That the deadline for submitting a plea agreement is July 17, 2006.

SO ORDERED, this the 22nd day of May, 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE